UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARGUERITE SMITH, Decedent,
Floyd A. Smith,

    Plaintiff,

v.                              Case No. 3:20-cv-567-J-32JBT

GENWORTH LIFE INSURANCE
COMPANY OF VIRGINIA and
TRADITIONAL MORTGAGE
CORP. OF FLORIDA,

    Defendants.

## O R D E R

This case is before the Court sua sponte on the issue of pro se Plaintiff Marguerite Smith's failure to pay the $400.00 filing fee or file a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a)(1). On July 20, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 3) recommending that the case be dismissed without prejudice for lack of prosecution. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of

the file and for the reasons stated in the Report and Recommendation (Doc. 3), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Marguerite Smith's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 2nd day of September, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Marguerite Smith
10522 Maidstone Cove Drive
Jacksonville, FL 32218